

# ARKANSAS COURT OF APPEALS

DIVISION I
**No.** CV-14-881

| | |
|---|---|
| ACE MECHANICAL, INC.; FIRSTCOMP INSURANCE COMPANY; AND DEATH & PERMANENT TOTAL DISABILITY TRUST FUND<br><br>APPELLANTS<br><br>V.<br><br>KENNY HOLLOWAY<br><br>APPELLEE | **Opinion Delivered** February 18, 2015<br><br>APPEAL FROM THE ARKANSAS WORKERS' COMPENSATION COMMISSION [NO. F701339]<br><br><br><br>AFFIRMED |

## RITA W. GRUBER, Judge

Ace Mechanical, Inc., appeals the September 8, 2014 decision of the Arkansas Workers' Compensation Commission that awarded Kenneth Holloway additional benefits in the form of pain management for his compensable back injury. Ace Mechanical contends that substantial evidence does not support the award for pain management that was prescribed six years after his compensable back surgery.

The Commission's decision summarizes Holloway's testimony, a functional-capacity evaluation, and relevant medical records. Further, the Commission exercised its duty to make determinations of credibility, weigh the evidence, and resolve any conflicts in the testimony and evidence. *Ark. Methodist Med. Ctr. v. Blansett*, 2013 Ark. App. 480. Because the only issue on appeal is the sufficiency of the evidence and because the opinion of the Commission thoroughly explains its decision, we affirm by memorandum opinion pursuant to sections (a)



and (b) of *In re Memorandum Opinions*, 16 Ark. App. 301, 700 S.W.2d 63 (1985).

Affirmed.

VIRDEN and GLOVER, JJ., agree.

*Anderson, Murphy & Hopkins, L.L.P.*, by: *Randy P. Murphy* and *Mark D. Wankum*, for appellants.

*Walker, Shock & Harp, PLLC*, by: *Eddie H. Walker, Jr.*, for appellee.